UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  08-10216-NG |
| | ) | |
| OSVALDO LEITE | ) | |

<u>JOINT MOTION TO CONTINUE RULE 11 HEARING</u>

    The United States of America and defendant, Osvaldo Leite, jointly move that this Court continue the Rule 11 hearing scheduled in this matter from January 5, 2009 for at least one month.

As grounds for this motion, undersigned counsel state that they need additional time to finalize some matters that will affect the plea agreement.  The parties agree that the time lapse caused by this continuance should be excluded in the interests of justice under the Speedy Trial Act.

Undersigned counsel for Leite notes that she will be out of the country, and therefore unavailable, from February 11 through February 23.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>BY MICHAEL SULLIVAN<br>United States Attorney<br>By: | OSVALDO LEITE<br>By his attorney,<br><br>/s/Miriam Conrad |
| /s/ Glenn MacKinlay<br><br>Glenn Mack Kinlay<br>Assistant U.S. Attorney<br>617-748-3100 | Miriam Conrad<br>B.B.O. #550223<br>Federal Defender Office<br>408 Atlantic Ave., 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |