UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 08-10216-NG |
| | ) | |
| OSVALDO LEITE | ) | |

<u>ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING</u>

    Defendant, Osvaldo Leite, moves that this Court continue the Rule 11 hearing scheduled in this matter for February 11, 2009 for at least 30 days.

    Undersigned counsel for Leite will be out of the country from February 11 through February 23. Assistant U.S. Attorney Glenn MacKinlay has stated that he assents to this motion. The parties agree that the time from February 11 until the new date should be excluded under the Speedy Trial Act.

                                             OSVALDO LEITE
                                             By his attorney,

                                             /s/ Miriam Conrad

                                             Miriam Conrad
                                                 B.B.O. # 550223
                                             Federal Defender Office
                                             408 Atlantic Ave. 3rd Floor
                                             Boston, MA  02110
                                             Tel: 617-223-8061

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on February 10, 2009.

                                      /s/ Miriam Conrad

                                      Miriam Conrad