```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 08-10216-NG |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| **1. COREY ALMEIDA** | ) |  |

## GOVERNMENT'S POSITION ON DETENTION

The United States of America, by and through its attorneys Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Glenn A. MacKinlay, Assistant U.S. Attorney, hereby notifies the Court that it is seeking continued detention of the defendant in the above matter following the Rule 11 hearing scheduled for January 5, 2009 based in part upon his plea to a qualifying drug trafficking offense under 18 U.S.C. § 3143(a)(2) as well as his pretrial detention status.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: s/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      s/ Glenn A. MacKinlay
                                      Glenn A. MacKinlay
                                      Assistant United States Attorney

Date:  January 4, 2010