# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

Case 1:08-cr-10216-RWZ Document [illegible] Page [illegible]

| | |
|---|---|
| PLAINTIFF: U.S.A. | COURT CASE NUMBER: 08-10216 |
| DEFENDANT: Corey Almedia | TYPE OF PROCESS: Subpoena |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: J+J Driving School, Inc. (Keeper of Records)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 978 Nash Road, New Bedford, MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Peter C. Horstmann
Partridge, Ankner + Horstmann
200 Berkeley Street
Boston, MA 02116

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: [blank]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

508-999-1335
jandjdrivingschoolandlogistics@hotmail.com

Before 8/13/13

Signature of Attorney or other Originator requesting service on behalf of: [signature]
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: (617) 859-9999
DATE: 7/30/13

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 3Y | District to Serve No. 3Y | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 3Y | 3Y | NJ | 7/30/13 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

Date of Service: 7/30/13
Time: am/pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 55 | | | 55 | | | |

**REMARKS:** Emailed on 07/30/13
- Manager Margarit Alago confirmed reciept on August 1st 2013 at 0956hrs, of subpoena.
- Court is okay with email service of process.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
## FOR THE District of MASSACHUSETTS

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 08-10216 |
| COREY ALMEIDA | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: J&J Driving School, Inc.
978 Nash Road
New Bedford, MA
Attn: Keeper of Records

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court, 1 Courthouse Way, Boston, MA | Courtroom No.: 12, 5th Floor |
|---|---|
| | Date and Time: August 15, 2013 2pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Any and all records relating to the attendance and enrollment of Corey Almeida.

Date: 7/30/13

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* , who requests this subpoena, are:

Peter C. Horstmann
200 Berkeley St., 16th FL
Boston, MA 02116
(617) 859-9999
pete@horstmannlaw.com

Attorney for Corey Almeida